[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-10909
Non-Argument Calendar
_____

D.C. Docket No. 1:17-cr-20194-JAL-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COLITHA PATRICE BUSH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(November 15, 2019)

Before TJOFLAT, BRANCH and BLACK, Circuit Judges.

PER CURIAM:

Ira N. Loewy, appointed counsel for Colitha Bush in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bush's conviction and sentence are **AFFIRMED**.

.